# EXHIBIT B

**Excerpt of WhatsApp Chat**

[28/7/23, 14:48:46] Dickie Shearer: <attached: 00000206-VIDEO-2023-07-28-14-48-46.mp4>

[*The video referenced above is omitted.*]

[28/7/23, 14:58:08] Dickie Shearer: feeling like a big few months for Pegasus and Tintra!!!
[28/7/23, 14:58:08] Dickie Shearer: He spoke with knowledge.   I think this is a huge opportunity
[28/7/23, 14:58:09] Dickie Shearer: Ha.  Yes.  Furphy ?  It was too intense a reaction. Wow. But he says come to Barbados
[28/7/23, 14:58:09] Dickie Shearer: Quick questions. Rd how I follow up
With avi re Tintra.   He also wants to maybe do a green bank day at cop.   To discuss
[28/7/23, 15:01:58] ɢʙ Phil -Tintra: Pretty amazing !!
[28/7/23, 15:04:36] ɢʙ Phil -Tintra: We are ready to roll !
[28/7/23, 15:14:15] Dickie Shearer: <attached: 00000213-PHOTO-2023-07-28-15-14-15.jpg>

[*The photo referenced above follows.*]

from the Green Climate Fund. SCF is focused in 4 key areas for investment: Sustainable Energy Solutions (renewables/energy efficiency), Waste and Water Management, Urban Development solutions and Sustainable Agriculture. We are focused on 42 developing world countries to invest in through this $750 million fund and will be the first fund certified by Gold Standard with regards to impact. We have actively begun deploying this fund into the deals we have shared with you and would be delighted to share more information. You had mentioned introducing us to the COP28 finance lead Samir, which we would very much appreciate.

2. In addition, we have launched The Global Fund for Coral Reefs, whose partners/investors include the United Nations, UK Government, US Government, Prince Albert of Monaco Foundation amongst others, with an anchor $125 million first loss commitment from the GCF. This fund is one of, if not the largest, funds focused on SDG 14 and will look to build upon the work the UN has done protecting the resilient reefs that are able to withstand a 1.5C temperature rise, as well as their biodiversity.

3. We are also working with Mia Mottley the Prime Minister of Barbados on structuring and managing a Blue Green Bank prototype with Barbados acting as a hub into the Caribbean. This Green Climate Fund initiative is supported by a number of Government bodies, the World Bank and the United Nations. The Green Climate Fund's Board recently approved the bank while we were in Korea last week. This project is underway with the intention of rolling it out into other hubs globally. We provide both the structural advice and patented Digital Green Core Banking technology via our partner Tintra Bank.

[28/7/23, 15:15:44] Dickie Shearer: This has got the full green light in the last 24 hours
[28/7/23, 15:25:48] GB Phil -Tintra: Great news !!
[28/7/23, 17:16:45] [*Tintra Pegasus Employee*]: Great News and we need to start, Can't wait anymore! All guns loaded!