UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINTECH LEADERS FUND, LLC,<br><br>      Plaintiff,<br><br>  -v-<br><br>CRAIG MYLES COGUT, DEBORAH CHARLOTTE COGUT, DAVID HAROLD COGUT, and PEGASUS CAPITAL ADVISORS, LP,<br><br>      Defendants. | 25-cv-02555 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On July 28, 2025, plaintiff Fintech Leaders Fund, LLC filed an amended complaint, following the Court's dismissal of plaintiff's original complaint on July 11, 2025. See ECF Nos. 45, 48. On August 8, 2025, defendants Craig Myles Cogut, Deborah Charlotte Cogut, David Harold Cogut, and Pegasus Capital Advisors, LP moved to dismiss the amended complaint. See ECF No. 51.

    Upon due consideration of the parties' written submissions and oral argument heard on September 5, 2025, the Court hereby grants defendants' motion to dismiss. An Opinion setting forth the reasons for this decision will issue in due course, after which final judgment will be entered in favor of defendants.

    The Clerk of Court is respectfully directed to close the motion at docket number 51.

    SO ORDERED.

Dated:   New York, NY
           September 10, 2025

                                            JED S. RAKOFF, U.S.D.J.