**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FINTECH LEADERS FUND, LLC,

                              Plaintiff,

            -against-                                        25 **CIVIL** 2555 (JSR)

                                                            **JUDGMENT**

CRAIG MYLES COGUT, DEBORAH
CHARLOTTE COGUT, DAVID HAROLD
COGUT, and PEGASUS CAPITAL
ADVISORS, LP,

                              Defendants.
-----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated December 29, 2025, the Court granted defendants'

motion to dismiss the amended complaint; accordingly, the case is closed.

**Dated:** New York, New York

          December 30, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                              **BY:**        K. Mango
                                        _____
                                                **Deputy Clerk**